UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60954-CIV-DIMITROULEAS

TONI SHARPE-TRUITT and KEVIN
TRUITT,

     Plaintiffs,

v.

GEOVERA SPECIALTY INSURANCE
COMPANY,

     Defendant.

_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Stipulated Notice of Dismissal With Prejudice

("Stipulation") [DE 24], filed herein on June 20, 2019. The Court has carefully considered the

Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 24] is hereby **APPROVED**;

2. This case is **DISMISSED WITH PREJUDICE;**

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as

    moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

20th day of June, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record